# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**694**

**CA 10-02130**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

LORI MURPHY AND SECOND CHANCE THERAPEUTIC
SERVICES, PLAINTIFFS-APPELLANTS,

V                                                                    ORDER

COUNTY OF OSWEGO, BARBARA SCHULER, IN HER
INDIVIDUAL AND OFFICIAL CAPACITY AS DIRECTOR
OF OSWEGO COUNTY DEPARTMENT OF PROBATION,
GEORGE B. MARTURANO, IN HIS OFFICIAL CAPACITY
WITH OSWEGO COUNTY DEPARTMENT OF PROBATION,
AND MARY MARTURANO, IN HER OFFICIAL CAPACITY
WITH OSWEGO COUNTY DEPARTMENT OF PROBATION,
JOINTLY AND SEVERALLY, DEFENDANTS-RESPONDENTS.

---

BRICKWEDDE LAW FIRM, SYRACUSE (RICHARD J. BRICKWEDDE OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

THE LAW FIRM OF FRANK W. MILLER, EAST SYRACUSE (J. RYAN HATCH OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered July 22, 2010.  The order dismissed the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court